UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin M.,

                                        Case No. 22-CV-3029 (KMM/DLM)

                    Plaintiff,

v.                                                    **ORDER**

Martin O'Malley,[1]
Commissioner of Social Security

                    Defendant.

The above matter comes before the Court upon the Report and

Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko, dated

December 4, 2023.  No objections have been filed to that R&R in the time period

permitted.

The Court reviews de novo any portion of the R&R to which specific

objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of

objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F.

Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*,

---

[1] Martin J. O'Malley became the Commissioner of Social Security on December 20,
2023. Press Release, Social Security Administration, available at
https://www.ssa.gov/news/press/releases/2023/#12-2023-2 [archived at
https://perma.cc/2FF2-GV8T]. Under Rule 25, as the successor to former
Defendant Kilolo Kijakazi, Mr. O'Malley is "automatically substituted as a party."
Fed. R. Civ. P. 25(d).

73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, and the R&R is adopted in full.

**IT IS HEREBY ORDERED** that**:**

1.     Plaintiff's Motion for Summary Judgment (ECF 9) is **GRANTED,**

2.     Defendant's Motion for Summary Judgment (ECF 13) is **DENIED**; and

3.     This matter be **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation (ECF 16).

**Let Judgment Be Entered Accordingly.**

Date: **March 22, 2024**                    *s/ Katherine M. Menendez*
                                                Katherine M. Menendez
                                                United States District Judge